UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN D. GOLD, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| McCOMBS ENTERPRISES FLEXIBLE | § | SA-11-CV-0267 OG (NN) |
| BENEFITS CAFETERIA PLAN AND | § | |
| TRUST, | § | |
| | § | |
| Defendant. | § | |

### ORDER FOR REDACTED FILING

This order addresses the plaintiff's response to the defendant's motion for summary judgment. In reviewing the response, I observed that the plaintiff's social security number and other personal identifying information is reflected throughout the exhibits. The Federal Bureau of Investigation and the Texas Attorney General recommend protecting personal identifying information like social security numbers in an effort to minimize the risk of identity theft. In a lawsuit, parties and their lawyers can help minimize the risk of identity theft by redacting social security numbers and other personal identifying information from filings. Because that was not done here, I **DIRECT** the clerk of the court to file a redacted copy of "plaintiff's response to defendant's motion for summary judgment," docket entry # 18.

I direct the parties to review their filings in this case to determine whether they have filed other documents containing information requiring protection.[1]  If the parties have filed other documents containing personal identifying information, they should submit redacted copies to the clerk of the court for re-filing.  The parties should ensure that personal identifying information is redacted from all future filings.

**SIGNED** on February 16, 2012.

                                                        */s/ Nancy Stein Nowak*
                                                        NANCY STEIN NOWAK
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Federal Rule of Civil Procedure 5.2 places the burden of protecting personal identifying information on parties and their attorneys.  The rule instructs attorneys and parties about how and when to redact personal identifying information from court filings.  When it is necessary to file a document containing personal identifying information, a lawyer or a party should seek leave of court to file the document under seal.